EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958

ORIGINAL

LODGED

SEP 29 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 30 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 08-00563 SOM |
| Plaintiff, | ) ) ) | ORDER FOR DISMISSAL |
| vs. | ) ) | |
| TODD DUNPHY, | ) ) ) | |
| Defendant. | ) ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of Hawaii hereby dismisses the
Information against TODD DUNPHY on the ground(s) that the
prosecution is declined at this time.

The defendant is not in custody on the dismissed

charge(s) listed above.

DATED:  Honolulu, Hawaii, SEP 29 2008                    .

                              EDWARD H. KUBO, JR.
                              UNITED STATES ATTORNEY
                              District of Hawaii

                              By
                                 SUSAN CUSHMAN
                                 Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing
dismissal.

                              UNITED STATES DISTRICT JUDGE


United States v. Todd Dunphy
Cr. No. 08-00563 SOM
Order for Dismissal

                                 2